ALFRED ROESCH and Others, Respondents, Appellants, v. JOSEPH ROSENFELD, Appellant, and EDWARD ROSENFELD, Appellant, Respondent.— Judgment modified by striking out the provision dismissing the complaint as to defendant Edward Rosenfeld and by enjoining said defendant from aiding and abetting in the further

* See Vehicle and Traffic Law, § 70, subd. 5.— [REP.

violation of the negative covenant, and as so modified affirmed, with costs to the plaintiff, appellant. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.